JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| ALLIANCE LAUNDRY SYSTEMS LLC, <br><br> Plaintiff, <br><br> v. <br><br> HAHMS LAUNDROMAT INC., et al., <br><br> Defendants. | Case No. EDCV 19-1444 JGB (SPx) <br><br> **JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed concurrently herewith, the Court GRANTS Plaintiff's motion for default judgment against Defendants Hannah Hahm and Hahms Laundromat Inc. Judgment is entered as follows:

1. Plaintiff is AWARDED damages in the amount of $138,173.51 and post judgment interest in the amount of $215.55.

2. Plaintiff is AWARDED $23,010.89 in attorneys' fees and $1,185.85 in costs.

3. Defendants Hannah Hahm and Hams Laundromat Inc. shall be jointly and severally liable for the amount of damages and attorneys' fees.

4.  Plaintiff is ORDERED to mail a copy of this judgment and the Order to Defendants. Plaintiff shall file Proof of Service with the Court within ten days of the date of this order.

Dated: May 15, 2020

THE HONORABLE JESUS G. BERNAL
United States District Judge